| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) KOLLAR-KOTELLY, COLLEEN | 2. Court or Organization United States District Court | 3. Date of Report 5/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. District Court 333 Constitution Avenue, NW Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Robert Shuker Scholarship Memorial Fund |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | D.C. Superior Court Retirement Plan |

FINANCIAL DISCLOSURE OFFICE 2004 MAY 11 P 3:24 RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KOLLAR-KOTELLY, COLLEEN | 5/3/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | D.C. Superior Court Retirement fund | 94,993.08 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Self-Employed (Lawyer) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | -- |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KOLLAR-KOTELLY, COLLEEN | 5/3/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property, Rehoboth Beach, DE | D | Rent | M | W | | | | | |
| 2. Riggs National Bank | | None | J | T | | | | | |
| 3. Bank of America | A | Interest | J | T | | | | | |
| 4. Fidelity Investments Mortgage Securities Fund (IRA) | B | Dividend | K | T | | | | | |
| 5. Fidelity Investments Mortgage Securities Fund (IRA) | B | Dividend | K | T | | | | | |
| 6. Dickstein, Shapiro, Morin & Oshinsky Capital Account | D | Interest | M | T | | | | | |
| 7. Capital Realty Investors II L.P. | A | Dividend | J | U | | | | | |
| 8. Ardsley/Park Hoover Limited Partnership | | None | K | U | | | | | |
| 9. Ardsley/Cumberland Associates Limited Partnership | | None | J | U | | | | | |
| 10. Ardsley/Arlington Associates Limited Partnership | | None | K | U | | | | | |
| 11. DSM Poseidon L.L.C. | | None | J | U | | | | | |
| 12. Bank of New York Com. Stock | A | Dividend | K | T | Buy | 06/18 | J | | |
| 13. Capital One Fin. Com. St. | A | Dividend | K | T | Partial Sale | 03/01 | J | D | |
| 14. Capital One fin. Com. St. | A | Dividend | K | T | Partial Sale | 09/10 | J | D | |
| 15. Merck Com. St. | A | Dividend | K | T | Partial Sale | 06/18 | J | C | |
| 16. Salomon Inc. Notes | B | Interest | | | Matured | 08/15 | K | | |
| 17. Reliance Group Holdings - Bonds | | None | | | Sell | 05/22 | J | | |
| 18. Revlon Consumer Products - Bonds | B | Interest | J | T | | | | | |

1. Income/Gain Codes:   A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
(See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
(See Columns C1 and D3)   N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000   P4 =$More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. General Electric Com. St. | A | Dividend | K | T | | | | | |
| 20. U.S. Treasury Notes | C | Interest | K | T | Partial Sale | 07/15 | L | C | |
| 21. Money Store Notes | B | Interest | K | T | | | | | |
| 22. Westinghouse Electric - Notes | B | Interest | | | Matured | 09/02 | K | | |
| 23. Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 24. Ford Motor Credit Corp. Notes | C | Interest | K | T | Partial Mat. | 01/14 | K | | |
| 25. Lockheed Notes | B | Interest | | | Matured | 03/17 | K | | |
| 26. USX Marathon Group Notes | B | Interest | K | T | | | | | |
| 27. Bethlehem Steel Notes | | None | J | T | | | | | |
| 28. Del Webb Corp. Notes | A | Interest | | | Redeem | 05/01 | K | A | |
| 29. Chevy Chase Saving Debentures | B | Interest | K | T | | | | | |
| 30. HMH Properties Notes | B | Interest | K | T | | | | | |
| 31. Lehman Brothers Notes | A | Interest | | | Matured | 04/01 | K | | |
| 32. DR Horton Notes | B | Interest | K | T | | | | | |
| 33. Caterpillar Fin. Notes | B | Interest | K | T | | | | | |
| 34. ITT Corp. Notes | B | Interest | K | T | | | | | |
| 35. Pacificorp Notes | B | Interest | K | T | | | | | |
| 36. Sterling One Industrial LLC | C | Dividend | K | U | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | KOLLAR-KOTELLY, COLLEEN | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Burlington Resources Com. St. | A | Dividend | K | T | | | | | |
| 38. Coca Cola Com. St. | A | Dividend | | | Sell | 10/29 | K | A | |
| 39. Walt Disney Com. St. | A | Dividend | K | T | Buy | 06/05 | J | | |
| 40. Minnesota, Mining and Manufacturing Com. St. | A | Dividend | | | Buy | 05/15 | K | | |
| 41. Minnesota Mining and Manufacturing Com. St. | A | Dividend | | | Sell | 09/11 | K | B | |
| 42. Pfizer Com. St. | A | Dividend | K | T | Buy | 05/05 | J | | |
| 43. Federal Home Loan Mortgage Notes | B | Interest | K | T | | | | | |
| 44. Allied Capital Com. St. | B | Dividend | K | T | Buy | 06/18 | J | | |
| 45. First Data Com. St. | A | Dividend | | | Sell | 12/15 | K | B | |
| 46. Gillette Com. St. | A | Dividend | K | T | | | | | |
| 47. Honeywell Com. St. | A | Dividend | K | T | Buy | 06/18 | J | | |
| 48. MBIA Com. St. | A | Dividend | | | Sell | 09/15 | K | C | |
| 49. McKesson Com. St. | A | Dividend | K | T | | | | | |
| 50. American Electric Power Notes | B | Interest | K | T | | | | | |
| 51. National Rural Utilities Notes | B | Interest | K | T | | | | | |
| 52. GATX Corp. Bonds | A | Interest | | | Buy | 01/17 | K | | |
| 53. GATX Corp. Bonds | A | Interest | | | Sell | 12/18 | K | B | |
| 54. International Lease Financial Co. Notes | A | Interest | K | T | Buy | 05/15 | K | | |

1. Income/Gain Codes:       A =$1,000 or less       B =$1,001-$2,500       C =$2,501-$5,000       D =$5,001-$15,000       E =$15,001-$50,000
(See Columns B1 and D4 )   F =$50,001-$100,000    G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes:             J =$15,000 or less     K =$15,001-$50,000      L =$50,001-$100,000    M =$100,001-$250,000
(See Columns C1 and D3)     N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
                            P3 =$25,000,001-$50,000,000                    P4 =$More than $50,000,000
3. Value Method Codes       Q =Appraisal           R =Cost (Real Estate Only)   S =Assessment      T =Cash/Market
(See Column C2)             U =Book Value          V =Other               W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. Royal Caribbean Notes | A | Interest | K | T | Buy | 05/29 | K | | |
| 56. Federal Home Loan Bank bonds | A | Interest | K | T | Buy | 08/07 | K | | |
| 57. Federal Home Loan Bank Bonds | A | Interest | K | T | Buy | 08/18 | K | | |
| 58. Federal Home Loan Bank Bonds | A | Interest | K | T | Par. Redeem | 12/05 | K | | |
| 59. Federal Farm Credit Bank Bonds | | None | K | T | Buy | 10/20 | K | | |
| 60. Target Corp. Com. St. | A | Dividend | | | Buy | 04/15 | K | | |
| 61. Target Corp. Com. St. | A | Dividend | | | Sell | 06/18 | J | C | |
| 62. General Dynamics Corp. Com. St. | A | Dividend | K | T | Buy | 06/25 | K | | |
| 63. Medcohealth Solutions Com. St. Spin-off from Merck | A | Dividend | | | Spin-off | 08/19 | J | | |
| 64. Medcohealth Solutions Com. St. | A | Dividend | | | Sell | 09/19 | J | B | |
| 65. ALCOA Inc. Com. St. | A | Dividend | K | T | Buy | 08/20 | K | | |
| 66. International Business Machines Com. St. | A | Dividend | K | T | Buy | 09/09 | K | | |
| 67. EMC Corp. Com. St. | | None | K | T | Buy | 09/10 | K | | |
| 68. Jacobs Engineering Group Com. St. | | None | K | T | Buy | 12/15 | K | | |
| 69. Freeport McMoran Copper & Gold, Inc. Com. St. | | None | K | T | Buy | 12/15 | K | | |
| 70. Freeport McMoran Copper & Gold, Inc. Com. St. | | None | K | T | Buy | 12/17 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KOLLAR-KOTELLY, COLLEEN | 5/3/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _May 4, 2004_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544